THE W.H. THOMAS FIRM, LLC
511 East Paces Ferry
Atlanta, Georgia 30305
Tel: (404)897-3523 Fax: (678) 965-1781
*www.whthomasfirm.com*

William H. Thomas Jr.                                                                    bill@whthomasfirm.com
Admitted in Georgia
and California (Inactive)

January 29, 2021

Courtroom Deputy
United States District Court
75 Spring Street, S.W.
Atlanta, Georgia 30303

        Re:    *United States v. Jim C. Beck, 1:19-CR-184*
                  *United States v. Tyler Roussell, 1:18-CR-0491*
                  *United States v. Albert Tindall, 1:20-CR-428*
                  *United States v. Kevin Clark, 1:20-CR-408*
                  *United States v. Touray, 1:20-CR-103*
                  *United States v. Darius Pennington, 1:19-CR-455*
                  *United States v. Dauda Saibu, 1:20-CR-109*

Dear Courtroom Deputy/Clerk of Court:

      This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates:

        May 24- May 31, 2021

      I respectfully request that the court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

The W.H. Thomas Firm, LLC

*William H. Thomas Jr.*

William H. Thomas Jr.